IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Juanita Arrington, as Independent Administrator of the Estate of Ronald Arrington, Deceased,** ) ) ) ) | |
| Plaintiff, ) | |
| vs. ) ) | Case No. **2017 CV 05345** |
| **City of Chicago, Illinois, a municipal corporation and Chicago Police Officer Dean W. Ewing, Star # 8655, individually, and as agent of the City of Chicago,** ) ) ) ) ) | |
| Defendant. ) | |

NOTICE OF REMOVAL

Defendants City of Chicago and Dean W. Ewing by one of their attorneys, Liza M. Franklin, Deputy Corporation Counsel of the City of Chicago, respectfully requests removal of the above entitled action to this Court, pursuant to 28 U.S.C. §1441(a) and §1446 (a), based on the following grounds:

1. Defendants City of Chicago and Dean W. Ewing were named as defendants in a civil action filed in the Circuit Court of Cook County of the State of Illinois, case number 2017 L 001140, entitled <u>Juanita Arrington, as Independent Administrator of the Estate of Ronald Arrington, Deceased v. City of Chicago, Illinois, a municipal corporation and Chicago Police Officer Dean W. Ewing, Star # 8655, individually, and as agent of the City of Chicago.</u>

2. The First Complaint was filed on July 13, 2017 and the notice and the First Amended Complaint were served upon the City of Chicago on July 14, 2017.  <u>See</u> First Amended Complaint attached hereto as Exhibit A.

3. Plaintiff brings this action pursuant to 42 U.S.C. § 1983 and Illinois common law. In Counts V and VIII, Plaintiffs alleges that the Plaintiff Ronald Arrington was subject to excessive force and that the City of Chicago was the cause of plaintiff Ronald Arrington's death due to policies and practices that are in violation of the Fourth Amendment of the United States Constitution. The remaining counts make allegations under Illinois law that defendants willfully and wantonly or negligently created an unsafe environment and created imminent danger to Plaintiff Ronald Arrington or that the defendants failed to deter such actions and intentionally inflicted harm.

4. Based on the allegations of the amended complaint and for reasons set forth above, Defendants are entitled to remove this action to this court, pursuant to 28 U.S.C. §1441(a).

WHEREFORE, Defendants City of Chicago and Dean W. Ewing respectfully request that the above-entitled action now pending in the Circuit Court of Cook County in the State of Illinois, case number 2017 L 001140, be removed therefrom to this Court.

Respectfully submitted,

/s/ Liza M. Franklin
Liza M. Franklin
Deputy Corporation Counsel

30 N. LaSalle St., Suite 900
Chicago, IL  60602
(312) 742-0170
Atty. No. 06216088